SCOTT J. SAGARIA (SBN 217981)
sjsagaria@sagarialaw.com
ELLIOT W. GALE (SBN 263326)
egale@sagarialaw.com
JOE ANGELO (SBN 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 100
Roseville, CA 95661
Telephone: 408-279-2288
Facsimile: 408-279-2299

Attorneys for Plaintiff
Kimberly Crumley

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

**Kimberly Crumley,**

                **Plaintiff,**

**vs.**

**Sterling Jewelers, Inc.; et al.,**

                **Defendants.**

CASE NO. 5:17-cv-02963-NC

**NOTICE OF SETTLEMENT**

**THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:**

        PLEASE TAKE NOTICE that a settlement has been reached between Plaintiff Kimberly Crumley and Defendant Sterling Jewelers, Inc. in this matter.  The parties anticipate finalizing the settlement and stipulating to a dismissal within the next 40 days.

Date:  July 17, 2017

                         **SAGARIA LAW, P.C.**

                         By: /s/Elliot W. Gale
                              Elliot W. Gale
                              *Attorneys for Plaintiff*