1  ELLIOT W. GALE (SBN 263326)
   egale@sagarialaw.com
2  JOE ANGELO (SBN 268542)
   jangelo@sagarialaw.com
3  **SAGARIA LAW, P.C.**
   3017 Douglas Blvd., Ste. 200
4  Roseville, CA 95661
   408-279-2299
5  408-279-2299 (f)

6
7  Attorneys for Plaintiff
   Kimberly Crumley

8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| KIMBERLY CRUMLEY,<br>    Plaintiff,<br><br>         vs.<br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>    Defendants. | CASE NO. 5:17-cv-02963-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

Plaintiff Kimberly Crumley ("Plaintiff"), by counsel, and Defendant Experian Information Solutions, Inc. by counsel, hereby stipulate and agree that all matters herein between them have been resolved, and that Plaintiff's cause against Experian Information Solutions, Inc. should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.– 5:17-CV-02963-BLF**

Page 1 of 2

Respectfully submitted,

Date: March 6, 2019

s/ Elliot W. Gale
Elliot W. Gale
Sagaria Law, P.C.
*Counsel for Plaintiff Kimberly Crumley*

Date: March 6, 2019

/s/ Donna Woo
Donna Woo
Jones Day
*Counsel for Experian Information Solutions, Inc.*

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.
/s/ Elliot Gale

PURSUANT TO STIPULATION, IT IS SO ORDERED that Experian Information Solutions, Inc. is dismissed with prejudice. Plaintiff and Defendant shall each bear their own costs and attorneys' fees.

Date: March 13, 2019

BETH L. FREEMAN
U.S. DISTRICT JUDGE, United States District Court, Northern District of California

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.– 5:17-CV-02963-BLF**